COLIN O'BRIEN, SB No. 309413
cobrien@earthjustice.org
PAUL CORT, SB No. 184336
pcort@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel. (415) 217-2000 / Fax. (415) 217-2040

*Attorneys for Plaintiffs Committee for a Better Arvin,
Committee for a Better Shafter, Medical Advocates for Healthy Air,
and National Parks Conservation Association*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR A BETTER ARVIN, COMMITTEE FOR A BETTER SHAFTER, MEDICAL ADVOCATES FOR HEALTHY AIR, AND NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and MIKE STOKER, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 9,<br><br>Defendants. | Case No. 3:18-cv-05700-RS<br><br>**PARTIES' STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 54-5 (a), Plaintiffs Committee for a Better Arvin et al. and Defendants Andrew Wheeler et al. ("EPA"), stipulate to extend the time for Plaintiffs to file a motion for attorneys' fees from March 8, 2019, by 60 days, to May 7, 2019, so that they may continue settlement discussions. The parties also stipulate to continue the case management conference scheduled on April 11, 2019, by 63 days, to June 13, 2019.

In support of this stipulation, the parties state as follows:

1     WHEREAS, on October 24, 2018, this Court entered an order granting Plaintiffs' motion for summary judgment (Dkt. 22);

    WHEREAS, the Court's order specified that "[p]ursuant to 42 U.S.C. § 7604(d), defendants shall reimburse plaintiffs for the reasonable costs plaintiffs have incurred as a result of this litigation, including reasonable attorney fees, in an amount to be determined upon submission of the necessary application in accordance with the rules;"

    WHEREAS, Civil Local Rule 54-5(a) provides that motions for attorneys' fees must be filed within 14 days of entry of judgment unless stipulated otherwise by the parties and ordered by the Court;

    WHEREAS, on October 31, 2018, the parties stipulated to extend the deadline for Plaintiffs to file a motion for attorneys' fees and costs to January 7, 2019 (Dkt. 23), and the Court ordered such an extension on November 1, 2018 (Dkt. 24);

    WHEREAS, on January 2, 2019, the parties declared that their ongoing conferrals were productive and therefore stipulated to extend the deadline for Plaintiffs to file a motion for attorneys' fees and costs to March 8, 2019 (Dkt. 26), and the Court ordered such an extension on January 4, 2019 (Dkt. 27);

    WHEREAS, the federal government was shut down for 35 days from December 22, 2018 through January 25, 2019, making it impossible for the parties to meet and confer during this period and impossible for decision makers within the Department of Justice to assess potential settlement options;

    WHEREAS, the parties wish to continue to confer about a potential agreement to resolve Plaintiffs' claim for attorneys' fees without litigation, thereby conserving the resources of the parties and the Court;

    NOW, THEREFORE, the parties, by and through their counsel, stipulate and agree, and request that the Court enter an order extending the deadline for Plaintiffs to file a motion for attorneys' fees and costs to May 7, 2019. Further, the parties request that the Court enter an order continuing the case management conference scheduled on April 11, 2019 until June 13, 2019. By entering into this stipulation, EPA does not waive any defenses as to attorneys' fees or costs.
Case Management Conference Statement due on June 6, 2019.

Dated: February 28, 2019      Respectfully submitted,

/s/ Colin O'Brien
COLIN O'BRIEN
cobrien@earthjustice.org
PAUL CORT
pcort@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Attorneys for Plaintiffs Committee for a Better Arvin, Committee for a Better Shafter, Medical Advocates for Healthy Air, and National Parks Conservation Association*

/s/ Sydney A. Menees
SYDNEY A. MENEES
sydney.menees@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Tel: (202) 514-2398
Fax: (202) 514-8865

*Counsel for Defendants*

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: 2/28/19

RICHARD SEEBORG

United States District Judge