| | |
|---|---|
| 1 | JEFFREY BOSSERT CLARK |
| | Assistant Attorney General |
| 2 | Environment & Natural Resources Division |
| 3 | United States Department of Justice |
| | SYDNEY A. MENEES (D.C. Bar No. 1027544) |
| 4 | sydney.menees@usdoj.gov |
| | Environmental Defense Section |
| 5 | 601 D Street N.W., Suite 8000 |
| 6 | Washington D.C. 20004 |
| | Telephone (202) 514-2398 |
| 7 | Facsimile (202) 514-8865 |

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR A BETTER ARVIN, *et al.* | Case No.: 3:18-CV-05700-RS |
| Plaintiffs, | |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| ANDREW WHEELER, *et al.,* | |
| Defendants. | |

1       WHEREAS, Plaintiffs Committee for a Better Arvin, Committee for a Better Shafter, Medical Advocates for Healthy Air, and National Parks Conservation Association alleged in their Complaint that Defendant, Andrew R. Wheeler, in his official capacity as the Acting Administrator of the U.S. Environmental Protection Agency ("EPA") and Mike Stoker in his capacity as Regional Administrator of EPA Region 9 failed to make findings of failure to submit nonattainment state implementation plans ("SIPs") for the San Joaquin Valley for various elements of Clean Air Act ("CAA") 42 U.S.C. § 7513a, for the 1997, 2006, and 2012 fine particulate matter ("$PM_{2.5}$") national ambient air quality standards ("NAAQS") (Dkt. No. 1);

      WHEREAS, Plaintiffs filed a motion for summary judgment to compel EPA to issue the findings of failure to submit with 30 days (Dkt. No. 9);

      WHEREAS, on October 17, 2018, EPA answered the Complaint (Dkt. No. 21);

      WHEREAS, the Court granted Plaintiffs' motion for summary judgment (Dkt. 22);

      WHEREAS, the Court also ordered, "[p]ursuant to 42 U.S.C. § 7604(d), defendants shall reimburse plaintiffs for the reasonable costs plaintiffs have incurred as a result of this litigation, including reasonable attorney fees, in an amount to be determined upon submission of the necessary application in accordance with the rules;"

      WHEREAS, EPA made findings of failure to submit a SIP for the time periods identified by the Plaintiffs. *Final Rule*, 83 Fed. Reg. 62,720 (Dec. 6, 2018);

      WHEREAS, pursuant to stipulation, the Court continued the initial case management conference scheduled until June 13, 2019, to allow the parties to resolve plaintiffs' claim for costs of litigation (Dkt. 29);

      WHEREAS, the parties agree that all substantive claims are now moot;

      WHEREAS, the parties have resolved Plaintiffs' claim for cost of litigation pursuant to CAA section 304(d), 42 U.S.C. § 7604(d), but payment has not yet been effectuated. EPA expects that payment will be completed by August 28, 2019;

      NOW THEREFORE, the parties stipulate that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii):

      1.     All claims are dismissed.

2. Plaintiffs' claim for costs of litigation is dismissed.

3. The parties stipulate to and request that the Court enter an order vacating the case management conference set for June 13, 2019 (Dkt. No. 29).

Respectfully submitted,

Date: May 3, 2019                           Respectfully submitted,


   /s/    *Colin O'Brien*
COLIN O'BRIEN, SB NO. 309413
cobrien@earthjustice.org
PAUL CORT, SB No. 184336
pcort@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel. (415) 217-2000 / Fax. (415) 217-2040

*Counsel for Plaintiffs*


   /s/    *Sydney A. Menees*
SYDNEY A. MENEES (D.C. Bar No. 1027544)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
sydney.menees@usdoj.gov
Telephone (202) 514-2398
Facsimile (202) 514-8865

*Counsel for Defendants*

# ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties have jointly stipulated to dismissal of this matter. In light of the stipulated dismissal, the case management hearing set for June 13, 2019 is hereby VACATED.

**IT IS SO ORDERED**.

DATED this __3rd__ day of May, 2019.

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE